IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JACQUELINE FINDLEY,
    Plaintiff,

vs.                                                        Case No. 3:09cv535/MCR/MD

COASTAL NURSECARE OF GA,
et al.,
    Defendants.
_____

## REPORT AND RECOMMENDATION

      This cause is before the court upon plaintiff filing a civil rights complaint (doc. 1) and a motion to proceed *in forma pauperis* (doc. 2) on December 7, 2009.

      On December 9, 2009, this court entered an order denying plaintiff's motion to proceed *in forma pauperis* and directing her to pay the $350.00 filing fee within thirty (30) days (doc. 5). After receiving no response from plaintiff, on January 28, 2010, plaintiff was ordered to show cause why this case should not be dismissed for failure to prosecute (doc. 7). Well over the fourteen day response time has elapsed, and plaintiff has neither responded to this order nor paid the fee or explained her inability to do so.

      Accordingly, it is respectfully RECOMMENDED:

      That this case be DISMISSED without prejudice for plaintiff's failure to prosecute and failure to comply with an order of the court.

      DONE AND ORDERED this 5th day of March, 2010.

                                          /s/ *Miles Davis*
                                          MILES DAVIS
                                          UNITED STATES MAGISTRATE JUDGE

## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy hereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).**